**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WebsterNT LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1649676** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**54 Webster Street**
**North Tonawanda, NY 14120**
Number, Street, City, State & ZIP Code

**Niagara**
County

**19 Main Street, 2nd Floor**
**Tonawanda, NY 14150**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **WebsterNT LLC**                  Case number (*if known*) _____

     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      __5313__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | When | _____ | Case number | _____ | |
| | District _____ | When | _____ | Case number | _____ | |

Debtor **WebsterNT LLC**
        Name                                                              Case number (*if known*)

**10.** **Are any bankruptcy cases**     ■ No
        **pending or being filed by a**  □ Yes.
        **business partner or an**
        **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list                    Debtor _____    Relationship _____

                                          District _____ When _____  Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
        ***this district?***
                                          ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                              preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                          □   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**        ■ No
        **have possession of any**        □ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
        **real property or personal**
        **property that needs**
        **immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)

                                          □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                              What is the hazard? _____

                                          □ It needs to be physically secured or protected from the weather.

                                          □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                              livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                          □ Other _____

                                          **Where is the property?** _____
                                                                     Number, Street, City, State & ZIP Code

                                          **Is the property insured?**

                                          □ No

                                          □ Yes.  Insurance agency _____

                                                  Contact name _____

                                                  Phone _____

███  **Statistical and administrative information**

**13.** **Debtor's estimation of**    .   *Check one:*
        **available funds**
                                          ■ Funds will be available for distribution to unsecured creditors.

                                          □ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**       ■ 1-49              □ 1,000-5,000         □ 25,001-50,000
        **creditors**                 □ 50-99             □ 5001-10,000         □ 50,001-100,000
                                      □ 100-199           □ 10,001-25,000       □ More than100,000
                                      □ 200-999

**15.** **Estimated Assets**          □ $0 - $50,000                □ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                                      □ $50,001 - $100,000          □ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                                      □ $100,001 - $500,000         □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                                      □ $500,001 - $1 million       □ $100,000,001 - $500 million   □ More than $50 billion

**16.** **Estimated liabilities**     □ $0 - $50,000                ■ $1,000,001 - $10 million      □ $500,000,001 - $1 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor **WebsterNT LLC**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **WebsterNT LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2024**
MM / DD / YYYY

**X** **/s/ Ralph Dailey**                                    **Ralph Dailey**
Signature of authorized representative of debtor        Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ Scott J. Bogucki**                    Date **December 13, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Scott J. Bogucki**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone   **(716) 845-6446**        Email address

**4747366 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **WebsterNT LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2024**          *X* **/s/ Ralph Dailey**
_____            _____
                                           Signature of individual signing on behalf of debtor

                                           **Ralph Dailey**
                                           _____
                                           Printed name

                                           **Member**
                                           _____
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WebsterNT LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4455 Genesee Street, LLC 4455 Genesee Street Buffalo, NY 14225** | | **Service** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **A 24 Hour Door National, Inc. 344 Sycamore Street Buffalo, NY 14204** | | **Service** | | | | **$76,474.00** |
| **Abraxas Inc. 1769 Baseline Road Suite 430 Grand Island, NY 14072** | | **Service** | | | | **$20,000.00** |
| **Allen Lowy One Columbus Place Apt S43E New York, NY 10019** | | **Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at: 54 Webster Street, North Tonawanda, New York SBL #: 185** | | **$1,455,718.00** | **$3,000,000.00** | **$219,718.00** |
| **Allied Flooring Contractors, Inc. 2321 Elmwood Ave Buffalo, NY 14217** | | **Service** | | | | **$24,900.00** |
| **Amherst Alarm 435 Lawrence Bell Drive Buffalo, NY 14221** | | **Service** | | | | **$15,371.00** |
| **Armor Construction 4 Carter Street Falconer, NY 14733** | | **Service** | | | | **$38,350.00** |
| **CBRE Buffalo 477 Main Street Buffalo, NY 14203** | | **Service** | | | | **$17,500.00** |

| Debtor | **WebsterNT LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Concept Construction Corp. 2555 Transit Road Elma, NY 14059 | | **Business debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| Huron Plumbing & Heating Inc. 61 Fillmore Ave Tonawanda, NY 14150 | | **Service** | | | | **$26,541.00** |
| Innovative Mechanical Systems, Inc. 623 Young St Tonawanda, NY 14150 | | **Service** | | | | **$21,411.00** |
| KCM Management LLC dba Lancer Door&Glass 5205 Broadway Lancaster, NY 14086 | | **Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at: 54 Webster Street, North Tonawanda, New York SBL #: 185** | | **$65,975.00** | **$3,000,000.00** | **$65,975.00** |
| Lawrence Franklin Project One Columbus Place Suite S43E New York, NY 10019 | | **Business Debt** | **Contingent Disputed Subject to Setoff** | | | **$1.00** |
| Mandon Building Systems, Inc. 84 Gunnville Road Lancaster, NY 14086 | | **Service** | | | | **$50,832.00** |
| Melton Electric PO Box 958 Scranton Road Hamburg, NY 14075 | | **Business debt** | **Unliquidated Disputed** | | | **$1.00** |
| MJ Mechanical Services, Inc. 95 Pirson Parkway Tonawanda, NY 14150 | | **Service** | | | | **$87,162.00** |

Debtor  **WebsterNT LLC**
_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Murray Roofing Co. Inc.** **600 Cayuga Creek Rd** **Buffalo, NY 14227** | | **Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at: 54 Webster Street, North Tonawanda, New York SBL #: 185** | | **$10,923.61** | **$3,000,000.00** | **$10,923.61** |
| **Spot North Tonawanda Inc.** **225 Delaware Avenue, Suite 2** **Buffalo, NY 14202** | | **Business debt** | **Contingent Disputed** | | | **$1.00** |
| **Technical Solutions** **5006 Forest Road** **Lewiston, NY 14092** | | **Service** | | | | **$15,054.80** |

**Fill in this information to identify the case:**

Debtor name    **WebsterNT LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    **3,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    **13,220.71**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    **3,013,220.71**

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **3,296,616.61**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **393,601.80**

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b        $    **3,690,218.41**

Debtor    **WebsterNT LLC**            Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $570.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,650.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,220.71 | + 91b. $3,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,013,220.71 |

Case 1-24-11436-CLB,    Doc 1,    Filed 12/19/24,    Entered 12/19/24 18:42:08,
Description: Main Document  , Page 11 of 50

**Fill in this information to identify the case:**

Debtor name **WebsterNT LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Evans Bank** | **Free Business Checking** | 9482 | $0.01 |
| 3.2. | **Bank on Buffalo** | **Small Business Checking** | 7425 | $570.70 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $570.71 |
|---|

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Coffee & Stone, LLC (Security Deposit)** | $8,000.00 |
|---|---|---|

Debtor  **WebsterNT LLC**                                    Case number *(If known)* _____
Name

7.2.  **El Punto Holdings LLC (Security Deposit)**                                    $4,650.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                          $12,650.00

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **0.00** - **0.00** = ....                               $0.00
face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                          $0.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

15.1.  **Destination WNY LLC**                **100**  %                          $0.00

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**                                                          $0.00

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document , Page 13 of 50

Debtor  **WebsterNT LLC**                                    Case number *(If known)* _____
Name

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|--------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|--------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---------|--------|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at: 54 Webster Street, North Tonawanda, New York SBL #: 185.37-1-31** | Fee simple | $0.00 | Appraisal | $3,000,000.00 |

56. **Total of Part 9.**                                                                       | **$3,000,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|----------|--------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor **WebsterNT LLC**                         Case number *(If known)* _____
_____
Name

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)
**Debtor is s/i/i of Destination WNY, LLC Capital Purchase Agreement**

**1,750,000.00** - **1,750,000.00** =        **unknown**
Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claim v. Allen M. Lowy**                                      **unliquidated**

Nature of claim        **Fraud, Misrepresentation, and Misconduct**
Amount requested        **$0.00**

**counter-claim v. SPoT North Tonawanda, Inc. & SPoT Coffee, Ltd.**                                      **unliquidated**
Nature of claim        **breach of contract**
Amount requested        **$2,000,000.00**

**Claim v. Allen M. Lowy**                                      **unliquidated**
Nature of claim        **Breach of Fiduciary Duty; Breach of Contract; Fraud, Misrepresentation, Miscondu**
Amount requested        **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                      **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **WebsterNT LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Allen Lowy**<br>Creditor's Name<br><br>**One Columbus Place<br>Apt S43E<br>New York, NY 10019**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred<br>11/29/2022**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. CNB Bank<br>2. Lumber City Development Corporation<br>3. Allen Lowy<br>4. Murray Roofing Co. Inc.<br>5. KCM Management LLC dba Lancer Door&Glass** | Describe debtor's property that is subject to a lien<br>**Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at:<br>54 Webster Street,<br>North Tonawanda, New York<br>SBL #: 185.37-1-31**<br><br>Describe the lien<br>**Judgment**<br>Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,455,718.00** | **$3,000,000.00** |
| **2.2** | **CNB Bank**<br>Creditor's Name<br><br>**1 South Street<br>Clearfield, PA 16830**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at:<br>54 Webster Street,<br>North Tonawanda, New York<br>SBL #: 185.37-1-31**<br><br>Describe the lien | **$1,664,000.00** | **$3,000,000.00** |

Debtor **WebsterNT LLC**
Name

Case number (if known)

**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**04/07/2021**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3366**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **KCM Management LLC dba Lancer Door&Glass** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $65,975.00 | $3,000,000.00 |

**Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at:**
**54 Webster Street,**
**North Tonawanda, New York**
**SBL #: 185.37-1-31**

**5205 Broadway**
**Lancaster, NY 14086**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**12/06/2019**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.4 | **Lumber City Development Corporation** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $100,000.00 | $3,000,000.00 |

**Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at:**
**54 Webster Street,**
**North Tonawanda, New York**
**SBL #: 185.37-1-31**

**500 Wheaatfield Street**
**North Tonawanda, NY 14120**

Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**02/12/2021**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document  , Page 18 of 50

Debtor   **WebsterNT LLC**                              Case number (if known) _____
_____
          Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☑ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Murray Roofing Co. Inc.** | Describe debtor's property that is subject to a lien | $10,923.61 | $3,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Two Story Mixed Use Building containing approximate area of 26,841 square feet, located at:
54 Webster Street,
North Tonawanda, New York
SBL #: 185.37-1-31**

**600 Cayuga Creek Rd
Buffalo, NY 14227**

Creditor's mailing address

Describe the lien

**Judgment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**12/11/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $3,296,616.61 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel E. Sarzynski, Esq.
1600 Liberty Ruilding
Buffalo, NY 14202** | Line   **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **WebsterNT LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**4455 Genesee Street, LLC**
**4455 Genesee Street**
**Buffalo, NY 14225**

Date(s) debt was incurred  01/15/2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

**$1.00**

---

**3.2** Nonpriority creditor's name and mailing address
**A 24 Hour Door National, Inc.**
**344 Sycamore Street**
**Buffalo, NY 14204**

Date(s) debt was incurred  05/08/2024

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

**$76,474.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Abraxas Inc.**
**1769 Baseline Road**
**Suite 430**
**Grand Island, NY 14072**

Date(s) debt was incurred  03/25/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

**$20,000.00**

---

**3.4** Nonpriority creditor's name and mailing address
**Allen M. Lowy**
**One Columbus Place, Apt. S43E**
**New York, NY 10019**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Business dispute

Is the claim subject to offset?  ■ No  ☐ Yes

**$1.00**

---

Debtor **WebsterNT LLC**
    Name
                                       Case number (if known)

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,900.00** |
|---|---|---|---|

**Allied Flooring Contractors, Inc.**
**2321 Elmwood Ave**
**Buffalo, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/22/2020**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,371.00** |
|---|---|---|---|

**Amherst Alarm**
**435 Lawrence Bell Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/16/2024**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,350.00** |
|---|---|---|---|

**Armor Construction**
**4 Carter Street**
**Falconer, NY 14733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/09/2024**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**CBRE Buffalo**
**477 Main Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/05/2022**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Concept Construction Corp.**
**2555 Transit Road**
**Elma, NY 14059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

**Basis for the claim:** **Business debt**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,541.00** |
|---|---|---|---|

**Huron Plumbing & Heating Inc.**
**61 Fillmore Ave**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/25/2020**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,411.00** |
|---|---|---|---|

**Innovative Mechanical Systems, Inc.**
**623 Young St**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/09/2020**

**Basis for the claim:** **Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document , Page 21 of 50

Debtor  **WebsterNT LLC**                                          Case number (if known) _____
　　　　　  Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Lawrence Franklin Project**
**One Columbus Place**
**Suite S43E**
**New York, NY 10019**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  08/26/2021

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,832.00 |

**Mandon Building Systems, Inc.**
**84 Gunnville Road**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/30/2021

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Melton Electric**
**PO Box 958**
**Scranton Road**
**Hamburg, NY 14075**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,162.00 |

**MJ Mechanical Services, Inc.**
**95 Pirson Parkway**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/18/2023

Basis for the claim:  **Service**

Last 4 digits of account number  3150

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Spot North Tonawanda Inc.**
**225 Delaware Avenue, Suite 2**
**Buffalo, NY 14202**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,054.80 |

**Technical Solutions**
**5006 Forest Road**
**Lewiston, NY 14092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2023

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

Case 1-24-11436-CLB,    Doc 1,    Filed 12/19/24,    Entered 12/19/24 18:42:08,
Description: Main Document  , Page 22 of 50

| Debtor | **WebsterNT LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Allen Lowy**<br>**One Columbus Place, Suite S43E**<br>**New York, NY 10019** | Line _**3.12**_<br>☐ Not listed. Explain ____ | _ |
| 4.2   **Peter Bordonaro, Esq.**<br>**4455 Genesee Street**<br>**Buffalo, NY 14225** | Line _**3.1**_<br>☐ Not listed. Explain ____ | _ |
| 4.3   **Stephen J. Stachowski**<br>**721 Center Road**<br>**Buffalo, NY 14224** | Line _**3.10**_<br>☐ Not listed. Explain ____ | _ |
| 4.4   **Stephen J. Stachowski**<br>**721 Center Road**<br>**Buffalo, NY 14224** | Line _**3.11**_<br>☐ Not listed. Explain ____ | _ |
| 4.5   **Stephen J. Stachowski**<br>**721 Center Road**<br>**Buffalo, NY 14224** | Line _**3.3**_<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 393,601.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 393,601.80 |

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document  , Page 23 of 50

| Fill in this information to identify the case: |
| --- |
| Debtor name **WebsterNT LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Debtor voluntarily signed an assignment of rent for the benefit of CNB Bank during the course of a pre-petition foreclosure** | |
| State the term remaining | | **CNB Bank** |
| List the contract number of any government contract | | **1 South Street** |
| | | **Clearfield, PA 16830** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property at 54 Webster Street, North Tonawanda, New York 14120.** | |
| State the term remaining | **39 months** | |
| List the contract number of any government contract | | **Coffee & Stone, LLC** |
| | | **244 Euclid Avenue** |
| | | **Buffalo, NY 14217** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property at 57 Manhattan Street, North Tonawanda, New York 14120.** | |
| State the term remaining | | **DASNY Office of Mental Health Buffalo PC** |
| List the contract number of any government contract | **L901314** | **515 Broadway** |
| | | **Attention: Director of Real Property** |
| | | **Albany, NY 12207-2964** |

Debtor 1  **WebsterNT LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property at 58 Webster Street, North Tonawanda, New York 14120.** | |
|---|---|---|---|
| | State the term remaining | **105 months** | |
| | List the contract number of any government contract | | **El Punto Holdings LLC**<br>**58 Webster Street**<br>**North Tonawanda, NY 14120** |

Case 1-24-11436-CLB,　Doc 1,　Filed 12/19/24,　Entered 12/19/24 18:42:08,
Description: Main Document , Page 25 of 50

**Fill in this information to identify the case:**

Debtor name    **WebsterNT LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Ralph Dailey** | **19 Main Street, 2nd Floor**<br>**Tonawanda, NY 14150** | **CNB Bank** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Ralph Dailey** | **19 Main Street**<br>**Fl. 2**<br>**Tonawanda, NY 14150** | **Lumber City Development Corporation** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document , Page 26 of 50

Fill in this information to identify the case:

Debtor name **WebsterNT LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross rental income<br>(net operating loss)** | $75,200.00 |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **Gross rental income<br>(net operating loss)** | $44,100.00 |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross rental income<br>(net operating loss)** | $26,400.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **SPoT North Tonawanda Inc. v. WebsterNT LLC 801077/2022** | **Contract** | **NYS Supreme Court, Erie County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Concept Construction Corp. v. WebsterNT LLC E176779/2022** | **Real Property Suit** | **NYS Supreme Court, Niagara County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **ALLEN M. LOWY v. WEBSTERNT, LLC 160233/2022** | **Contract** | **NYS Supreme Court, New York County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **ALLEN M. LOWY v. WEBSTERNT, LLC 814518/2022** | **Commercial Suit** | **NYS Supreme Court, Erie County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. **IN THE MATTER OF CONTINUANCE OF THE PRIVATE MECHANIC'S LIEN CLAIMED BY HURON PLUMBING & HEATING CORP. v. WEBSTERNT, LLC E179505/2023** | **Special Proceedings - Mechanic's Lien** | **NYS Supreme Court, Niagara County** | ☐ Pending ☐ On appeal ■ Concluded |

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document  , Page 28 of 50

Debtor   **WebsterNT LLC**                                          Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **ABRAXAS INC. v. WEBSTERNT, LLC**<br>E179560/2023 | **Special Proceedings - Mechanic's Lien** | **NYS Supreme Court, Niagara County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. **INNOVATIVE MECHANICAL SYSTEMS, INC. v. WEBSTERNT, LLC**<br>E179564/2023 | **Special Proceedings - Mechanic's Lien** | **NYS Supreme Court, Niagara County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **KCM Management, LLC d/b/a Lancer Door & Glass v. WebsterNT, LLC**<br>E181305/2023 | **Special Proceedings - Mechanic's Lien** | **NYS Supreme Court, Niagara County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. **CNB Bank v. WebsterNT, LLC**<br>E180992/2023 | **Foreclosure** | **NYS Supreme Court, Niagara County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **WebsterNT, LLC v. Allen M. Lowy**<br>801762/2024 | **Torts Suit** | **NYS Supreme Court, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Ralph Dailey, Individually and Suing in the Right of WebsterNT, LLC v. Allen M. Lowy**<br>818483/2024 | **Breach of Fudiciary Duties** | **NYS Supreme Court, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **MURRAY ROOFING CO. INC. V. WEBSTER NT, LLC**<br>E178893/2023 | **Commercial-Contract Dispute** | **NYS Supreme Court, Niagara County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **CNB Bank**<br>**1 South Street**<br>**Clearfield, PA 16830** | **Debtor voluntarily signed an assignment of rents circa 02/2024** | **$80,000.00** |
| | **Case title**<br>**CNB Bank, v. WebsterNT LLC et al** | **Court name and address**<br>**NYS Supreme** |
| | **Case number**<br>**E180992/2023** | |
| | **Date of order or assignment**<br>**02/2024** | |

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **WebsterNT LLC**                                    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gleichenhaus, Marchese & Weishaar, PC**<br>**43 Court Street**<br>**930 Convention Towers**<br>**Buffalo, NY 14202** | **Attorney Fees (Initial Retainer)** | | **$4,684.85** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Pearl Properties** | | | |
| 11.2. | **Samuel A. Alba, Esq.**<br>**Alba Law**<br>**2655 Millersport Highway,**<br>**P.O. Box 533**<br>**Getzville, NE 14068** | **Debtor reprsented in pre-petition litgiation by Samuel A. Alba, Esq.** | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Case 1-24-11436-CLB,    Doc 1,    Filed 12/19/24,    Entered 12/19/24 18:42:08,
Description: Main Document  , Page 30 of 50

Debtor    **WebsterNT LLC**                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Alex M. Neurohr, Esq. GIOIA & NEUROHR, PLLC 2801 Wehrle Drive, Suite 6B Buffalo, NY 14221** | **Debtor reprsented in pre-petition litgiation by Alex M. Neurohr, Esq.** | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Gleichenhaus, Marchese & Weishaar, PC 43 Court Street 930 Convention Towers Buffalo, NY 14202** | **Pre-Bankruptcy Legal Services** | | **$18,577.15** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Pearl Properties** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor     **WebsterNT LLC**                                      Case number *(if known)*

---

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Destination WNY, LLC 19 Main Street, 2nd Floor Tonawanda, NY 14150** | **Debtor is sole member by assignment of Destination WNY, LLC a New York company designed to operate as a franchisee of SPoT Coffee** | EIN:  **83-1717849** From-To  **2018+** |
| 25.2. **El Punto Mexican Cantina, LLC 19 Main Street, 2nd Floor Tonawanda, NY 14150** | **Debtor was sole member of El Punto Mexican Cantina, LLC a New York company formed to operate as a restaurant; dissolved circa 2022** | EIN: From-To  **2020-2022** |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

---

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Michael J. Barnes, CPA** | **2018+** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Pearl Properties**<br>**19 Main Street**<br>**Fl. 2**<br>**Tonawanda, NY 14150** | **2022+** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ralph Dailey** | **19 Main Street, 2nd Floor**<br>**Tonawanda, NY 14150** | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Allen Lowy** | **One Columbus Place, Suite S43E**<br>**New York, NY 10019** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **WebsterNT LLC** _____    Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration
_____

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2024** _____

**/s/ Ralph Dailey** _____          **Ralph Dailey** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of New York

In re **WebsterNT LLC** _____

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **445/hr** |
| Prior to the filing of this statement I have received | $ | **4,684.85** |
| Balance Due | $ | **TBD** |

2. $ **1738** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Pearl Properties**

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 13, 2024** _____

_Date_

**/s/ Scott J. Bogucki** _____

**Scott J. Bogucki**
_Signature of Attorney_
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446   Fax: (716) 845-6475**
_Name of law firm_

---

# United States Bankruptcy Court
## Western District of New York

In re   **WebsterNT LLC** _____    Case No. _____

                                      Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allen Lowy**<br>**One Columbus Place, Suite S43E**<br>**New York, NY 10019** | | | **50%** |
| **Ralph Dailey**<br>**19 Main Street, 2nd Floor**<br>**Tonawanda, NY 14150** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 13, 2024** _____      Signature   **/s/ Ralph Dailey** _____

                                                               **Ralph Dailey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of New York

In re    **WebsterNT LLC**                              Case No.

                                          Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 13, 2024**                **/s/ Ralph Dailey**

                                             **Ralph Dailey/Member**
                                             Signer/Title

4455 Genesee Street, LLC
4455 Genesee Street
Buffalo, NY 14225


A 24 Hour Door National, Inc.
344 Sycamore Street
Buffalo, NY 14204


Abraxas Inc.
1769 Baseline Road
Suite 430
Grand Island, NY 14072


Allen Lowy
One Columbus Place
Apt S43E
New York, NY 10019


Allen Lowy
One Columbus Place, Suite S43E
New York, NY 10019


Allen M. Lowy
One Columbus Place, Apt. S43E
New York, NY 10019


Allied Flooring Contractors, Inc.
2321 Elmwood Ave
Buffalo, NY 14217


Amherst Alarm
435 Lawrence Bell Drive
Buffalo, NY 14221


Armor Construction
4 Carter Street
Falconer, NY 14733


CBRE Buffalo
477 Main Street
Buffalo, NY 14203


CNB Bank
1 South Street
Clearfield, PA 16830

Coffee & Stone, LLC
244 Euclid Avenue
Buffalo, NY 14217


Concept Construction Corp.
2555 Transit Road
Elma, NY 14059


Daniel E. Sarzynski, Esq.
1600 Liberty Ruilding
Buffalo, NY 14202


DASNY Office of Mental Health Buffalo PC
515 Broadway
Attention: Director of Real Property
Albany, NY 12207-2964


El Punto Holdings LLC
58 Webster Street
North Tonawanda, NY 14120


Huron Plumbing & Heating Inc.
61 Fillmore Ave
Tonawanda, NY 14150


Innovative Mechanical Systems, Inc.
623 Young St
Tonawanda, NY 14150


KCM Management LLC dba Lancer Door&Glass
5205 Broadway
Lancaster, NY 14086


Lawrence Franklin Project
One Columbus Place
Suite S43E
New York, NY 10019


Lumber City Development Corporation
500 Wheaatfield Street
North Tonawanda, NY 14120


Mandon Building Systems, Inc.
84 Gunnville Road
Lancaster, NY 14086

Melton Electric
PO Box 958
Scranton Road
Hamburg, NY 14075


MJ Mechanical Services, Inc.
95 Pirson Parkway
Tonawanda, NY 14150


Murray Roofing Co. Inc.
600 Cayuga Creek Rd
Buffalo, NY 14227


Peter Bordonaro, Esq.
4455 Genesee Street
Buffalo, NY 14225


Ralph Dailey
19 Main Street, 2nd Floor
Tonawanda, NY 14150


Ralph Dailey
19 Main Street
Fl. 2
Tonawanda, NY 14150


Spot North Tonawanda Inc.
225 Delaware Avenue, Suite 2
Buffalo, NY 14202


Stephen J. Stachowski
721 Center Road
Buffalo, NY 14224


Technical Solutions
5006 Forest Road
Lewiston, NY 14092

# United States Bankruptcy Court
## Western District of New York

In re  **WebsterNT LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WebsterNT LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Allen Lowy**
**One Columbus Place, Suite S43E**
**New York, NY 10019**

**Ralph Dailey**
**19 Main Street, 2nd Floor**
**Tonawanda, NY 14150**

☐ None [*Check if applicable*]

December 13, 2024

Date

**/s/ Scott J. Bogucki**

**Scott J. Bogucki**

Signature of Attorney or Litigant

Counsel for   **WebsterNT LLC**

**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 | |
|---|---|---|---|---|---|

**Form 1065**

Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**

For calendar year 2023, or tax year beginning _____ , 2023, ending _____ , 20 ___ .

Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2023**

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| REAL ESTATE | WEBSTERNT LLC | ██████9676 |
| B Principal product or service | Number, street, and room or suite no. If a P.O. box, see instructions. STE 2ND | E Date business started |
| RENTAL | 19 MAIN STREET | 01-01-2020 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instructions) |
| 531120 | TONAWANDA, NY 14150 | $ 3,560,650 |

Type or Print

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: **3**

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales . . . . . . . . | **1a** | | |
| | **b** Less returns and allowances . . . . . | **1b** | **c** Balance | **1c** |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . | | | **2** |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . | | | **3** |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . | | | **4** |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . | | | **5** |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | | | **6** |
| | **7** Other income (loss) (attach statement) . . . . . . . . . . . . . . . . | | | **7** |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . | | | **8** |

| | | | |
|---|---|---|---|
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . | | **9** |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . | | **10** |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . | | **11** |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** |
| | **14** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . | | **14** |
| | **15** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . | | **15** |
| | **16a** Depreciation (if required, attach Form 4562) . . . | **16a** | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . | | **17** |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . | | **18** |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . | | **19** |
| | **20** Energy efficient commercial buildings deduction (attach Form 7205) . . . . . | | **20** |
| | **21** Other deductions (attach statement) . . . . . . . . . . . . . . . . | | **21** |
| | **22** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21. | | **22** |
| | **23** **Ordinary business income (loss).** Subtract line 22 from line 8 . . . . . . . | | **23** |

| | | | |
|---|---|---|---|
| **Tax and Payment** | **24** Interest due under the look-back method - completed long-term contracts (attach Form 8697) | | **24** |
| | **25** Interest due under the look-back method - income forecast method (attach Form 8866) . | | **25** |
| | **26** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . | | **26** |
| | **27** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . | | **27** |
| | **28** **Total balance due.** Add lines 24 through 27 . . . . . . . . . . . . . | | **28** |
| | **29** Elective payment election amount from Form 3800 . . . . . . . . . . . | | **29** |
| | **30** Payment (see instructions) . . . . . . . . . . . . . . . . . . . | | **30** |
| | **31** **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed . | | **31** |
| | **32** **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment . | | **32** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

__RALPH DAILEY__        09-11-2024

Signature of partner or limited liability company member    Date

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| MICHAEL J BARNES CPA | MICHAEL J BARNES CPA | 09-11-2024 | | ████ |
| Firm's name   MICHAEL J BARNES CPA | | | Firm's EIN ████ | |
| Firm's address   ████ | | | Phone no. ████ | |

For Paperwork Reduction Act Notice, see separate instructions.      Form **1065** (2023)

EEA

| Schedule B | Other Information |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| | | | | |
|---|---|---|---|---|
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other: | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . **SEE 1065B1** . . | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election _____ See instructions for details regarding a section 754 election. | | X |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount  $ _____ and the total aggregate net negative amount  $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . . . . . | | |

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08,
Description: Main Document  , Page 45 of 50

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | | |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount   $ _____   and the total aggregate net negative amount   $ (_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year   $ _____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return                                                                                                     0 | | |
| 16a | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return | | |
| 18 | Enter the number of partners that are foreign governments under section 892 . . . . . . . . . . . . | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the total amount of the disallowed deductions   . . . . . . . . . . . . . . . . $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions   . . . . . . . . . . . . . . . | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . $ | | X |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or receiving a distribution from the partnership _____ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage:                          By vote:                  By value: | | X |
| 29 | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions)? | | |
| a | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

**b** Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . | | X

If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the
Instructions for Form 7208.

**30** At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or
services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See
instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**31** Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions . . . . . . . . . | | X

If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III,
line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . _____

If "No," complete Designation of Partnership Representative below.

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR   **RALPH DAILEY**

| U.S. address of PR | ████████████████ | U.S. phone number of PR | ███████████ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

EEA                                                                                              Form **1065** (2023)

## Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 23) | **1** | 0 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | (150,183) |
| | **3a** | Other gross rental income (loss) | **3a** | |
| | **b** | Expenses from other rental activities (attach statement) | **3b** | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Guaranteed payments: **a** Services **4a** | **b** Capital **4b** | |
| | **c** | Total. Add lines 4a and 4b | **4c** | |
| | **5** | Interest income | **5** | |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** | Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | **7** | Royalties | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** | Collectibles (28%) gain (loss) **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** | Other income (loss) (see instructions)   Type: | **11** | |

| | | | Total amount |
|---|---|---|---|
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** | Cash contributions | **13a** | |
| | **b** | Noncash contributions | **13b** | |
| | **c** | Investment interest expense | **13c** | |
| | **d** | Section 59(e)(2) expenditures: **(1)** Type: **(2)** Amount: | **13d(2)** | |
| | **e** | Other deductions (see instructions)   Type: | **13e** | |

| | | | Total amount |
|---|---|---|---|
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | **14a** | |
| | **b** | Gross farming or fishing income | **14b** | |
| | **c** | Gross nonfarm income | **14c** | |

| | | | Total amount |
|---|---|---|---|
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** | Low-income housing credit (other) | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** | Other rental real estate credits (see instructions)   Type: | **15d** | |
| | **e** | Other rental credits (see instructions)   Type: | **15e** | |
| | **f** | Other credits (see instructions)   Type: | **15f** | |

| | | | Total amount |
|---|---|---|---|
| **Inter-national** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ **Qualified for exception to filing Schedule K-2** | | |

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | **17a** | |
| | **b** | Adjusted gain or loss | **17b** | |
| | **c** | Depletion (other than oil and gas) | **17c** | |
| | **d** | Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** | Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** | Other AMT items (attach statement) | **17f** | |

| | | | Total amount |
|---|---|---|---|
| **Other Information** | **18a** | Tax-exempt interest income | **18a** | |
| | **b** | Other tax-exempt income | **18b** | |
| | **c** | Nondeductible expenses | **18c** | |
| | **19a** | Distributions of cash and marketable securities | **19a** | 610,426 |
| | **b** | Distributions of other property | **19b** | |
| | **20a** | Investment income | **20a** | |
| | **b** | Investment expenses | **20b** | |
| | **c** | Other items and amounts (attach statement) | | |
| | **21** | Total foreign taxes paid or accrued | **21** | |

## Analysis of Net Income (Loss) per Return

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | 1 | (150,183) |
|---|---|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | (150,183) | | | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 372,198 | | 344,343 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | Statement #27 | 37,037 | Statement #27 | 35,250 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 3,349,448 | | 3,349,448 | |
| b | Less accumulated depreciation | 168,620 | 3,180,828 | 287,564 | 3,061,884 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 100,000 | | 100,000 |
| 12a | Intangible assets (amortizable only) | 23,966 | | 23,966 | |
| b | Less accumulated amortization | 3,196 | 20,770 | 4,793 | 19,173 |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 3,710,833 | | 3,560,650 |

### Liabilities and Capital

| 15 | Accounts payable | | | | |
|---|---|---|---|---|---|
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 1,705,872 | | 1,705,872 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 2,004,961 | | 1,854,778 |
| 22 | Total liabilities and capital | | 3,710,833 | | 3,560,650 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | (150,183) | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | | | |
| b | Travel and entertainment $ _____ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | (150,183) |
| 5 | Add lines 1 through 4 | (150,183) | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | 2,004,961 | 6 | Distributions: a Cash | 610,426 |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | 610,426 | | b Property | |
| | b Property | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) (see instructions) | (150,183) | | | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 | 610,426 |
| | | | 9 | Balance at end of year. Subtract line 8 from line 5 | 1,854,778 |
| 5 | Add lines 1 through 4 | 2,465,204 | | | |

Case 1-24-11436-CLB,   Doc 1,   Filed 12/19/24,   Entered 12/19/24 18:42:08
Description: Main Document , Page 49 of 50

# Income Statement Consolidated

Prepared By: Pearl Properties
19 Main Street
FL2
Tonawanda, NY 14150

## 54 Webster Street

| Amount | 2024 | Total |
|---|---|---|
| **Income** | | |
| Late Fee Income | 816.00 | 816.00 |
| Rent Income | 75,201.91 | 75,201.91 |
| Utility Income | 5,655.05 | 5,655.05 |
| **Total** Income | **$81,672.96** | **$81,672.96** |
| **Expense** | | |
| Accounting Fees | 800.00 | 800.00 |
| Legal and Professional Fees | 3,771.50 | 3,771.50 |
| Mortgage Interest | 86,240.00 | 86,240.00 |
| Other Expenses | 6,215.36 | 6,215.36 |
| Repairs | 17,266.17 | 17,266.17 |
| Supplies | 53.27 | 53.27 |
| Utilities | 1,118.30 | 1,118.30 |
| **Total** Expense | **$115,464.60** | **$115,464.60** |
| **Net Operating Income** | **($33,791.64)** | **($33,791.64)** |
| **Net Income** | **($33,791.64)** | **($33,791.64)** |