UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

WEBSTERNT LLC,

             Debtor.

Chapter 11

Case No. 24-11436-CLB

---

## **NOTICE OF APPEARANCE**

    Allen M. Lowy, an attorney admitted in the State of New York, and a creditor and party-in-interest in the herein case, hereby enters his appearance pro-se, and respectfully requests that he be added to the mailing list in the above case and that he be deemed a *special notice party* in the case. In addition, and pursuant to Bankruptcy Rule 2002(g), the undersigned respectfully requests that he be provided and served all notices and papers in this case.

    Further, the undersigned requests that the above documents include all documents which may affect the undersigned's interests regarding the Debtor, and regarding any property or funds in which the Debtor may assert an interest beyond the documents referenced in Bankruptcy Rule 2002.

    Further, the undersigned consents to receiving the above via electronic notification.

Dated: February 3, 2025

                                            Allen M. Lowy, Attorney at Law

                            By: *[signature]*

                                            Attorney for Allen Lowy, Pro-Se
                                            One Columbus Place, S43E
                                            New York, New York 10019
                                            Tel: (917) 306-7600
                                            Email: amlowy@amllaw.com



FILED
FEB 5 2025
BANKRUPTCY COURT
BUFFALO, NY